x:\tc51581\appear

WDJ/ls
File No.: TC-51581

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
WLODZIMIERZ BELKOWSKI AND TERESA
BELKWSKI,

                Plaintiffs,

    -against-

100 CHURCH, LLC, 150 BROADWAY CORP., 150 BROADWAY N.Y. ASSOCS. L.P., 222 BROADWAY, LLC, ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION, AT&T WIRELESS SERVICES, INC., BAILEY N.Y. ASSOCIATES, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERITES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS, INC., CHASE MANHATTAN BANK CORPORATION, CUNNINGHAM DUCT CLEANING CO., INC., CUSHMAN & WAKEFIELD, INC., ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., LAW ENGINEERING P.C., MERRILL LYNCH & CO, INC., MSDW 140 BROADWAY PROPERTY L.L.C., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SWISS BANK CORPORATION, TOSCORP INC., TRC ENGINEERS, INC., WESTON SOLUTIONS, INC., WFP TOWER B

NOTICE OF
APPEARANCE

21 MC 102 (AKH)

Case 1:07-cv-05339-AKH   Document 3   Filed 07/17/2007   Page 2 of 2