UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
IN RE: WORLD TRADE CENTER LOWER   :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LOCATION
                                                                   :   ELECTRONICALLY FILED
                                                                   :
------------------------------------------------------------------ x
WLODZIMIERZ BELKOWSKI (AND WIFE,   :
TERESA BELKOWSKI),                                                     Case No.: 07CV05339 (AKH)
                                                                   :
            Plaintiffs,                                                **NOTICE OF ADOPTION OF**
    v.                                                             :   **MASTER ANSWER BY**
                                                                       **DEFENDANT JPMORGAN**
100 CHURCH, LLC, ET. AL.,                                          :   **CHASE BANK N.A.**

            Defendants.
------------------------------------------------------------------ x

PLEASE TAKE NOTICE THAT defendant JPMorgan Chase Bank N.A. as and for its responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint) related to the Master Complaint filed in the above referenced action, hereby adopts its Master Answer to the Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, defendant JPMorgan Chase Bank N.A. respectfully requests that the above captioned actions be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper.

Dated:  New York, New York
        September 14, 2007

                                        SATTERLEE STEPHENS BURKE & BURKE LLP


                                        By: /s/James J. Coster_____
                                            James J. Coster (JC-1431)

705392_1

        230 Park Avenue  
        New York, New York 10169  
        Tel.: (212) 818-9200  
        Fax: (212) 818-9606  
        Attorneys for Defendant  
        JPMorgan Chase Bank N.A.

TO:    Gregory J. Cannata, Esq.  
        Law Office of Gregory J. Cannata  
        233 Broadway  
        New York, NY 10279

        Robert Grochow, Esq.  
        Law Office of Robert Grochow  
        233 Broadway  
        New York, NY 10279

        Christopher LoPalo, Esq.  
        Worby Groner Edelman Napoli and Bern  
        115 Broadway, 12th Floor  
        New York, New York 10006