UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x
WLODZIMIERZ BELKOWSKI (AND HIS WIFE
TERESA BELKWSKI),                                                                    07 CV 05339 (AKH)

                                      Plaintiffs,

        -against-

100 CHURCH STREET, LLC,
150 BROADWAY CORP.,
150 BROADWAY NY ASSOC. LP.,
222 BROADWAY, LLC,
ALAN KASMAN DBA KASCO,
AMBIENT GROUP INC.,
ANN TAYLOR STORES CORPORATION,
AT&T WIRELESS SERVICES, INC.,
BAILEY NY ASSOCIATES,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT,
BROOKFIELD FINANACIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
CHASE MANHATTAN BANK CORPORATION,
CUNNINGHAM DUCT CLEANING CO. INC.,
CUSHMAN & WAKEFIELD, INC.,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR AIR PROFESSIONALS INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
KASCO RESTORATION SERVICES, CO.,
LAW ENGINEERING PC.,
MERRILL LYNCH & CO., INC.
MSDW 140 BROADWAY PROPERTY LLC,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL INC.,
ROYAL AND SUNALLIANCE INSURANCE GROUP PLC,
STRUCTURE TONE GLOBAL SERVICES,INC.

STRUCTURE TONE, (UK), INC.,
SWISS BANK CORPORATION,
TOSCORP INC.,
TRC ENGINEERS, INC.,
WESTON SOLUTIONS, INC.,
WFP TOWER B CO. GP CORP.,
WFP TOWER B HOLDING CO., LP,
WFP TOWER B CO LP,
WFP TOWER D CO GP CORP,
WFP TOWER D HOLDING CO I LP,
WFP TOWER D HOLDING CO II LP,
WFP TOWER D HOLDING I GP CORP,
WFP TOWER D CO LP,
ZAR REALTY MANAGEMENT CORP.,

          Defendants.
-----------------------------------------------------------------------x

## DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
   September 14, 2007

            Yours, etc.
            FRIEDMAN, HARFENIST, LANGER & KRAUT
            Attorneys for Defendant –Envirotech
            3000 Marcus Avenue, Suite 2E1
            Lake Success, New York 11042
            (516) 775-5800
            BY: _____
               Heather L. Smar (4622)