UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER            :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION        :
-----------------------------------------------------------------X
WLODZIMIERZ BELKOWSKI AND TERESA          :   07-CV-05339-AKH
BELKOWSKI,                                :
                              Plaintiffs, :   **APPEARANCE**
                                          :
        - against -                       :
                                          :   **ELECTRONICALLY FILED**
100 CHURCH, LLC, *et al.*,                :
                              Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York              DICKSTEIN SHAPIRO LLP
        October 3, 2007

                            By:      /s/ Judith R. Cohen
                                 _____
                                 Judith R. Cohen (JC-8614)
                                 1177 Avenue of the Americas
                                 New York, New York 10036
                                 Phone: (212) 277-6500
                                 Fax: (212) 277-6501

                                 *Attorney for Defendants*
                                 MERRILL LYNCH & CO., INC. and
                                 222 BROADWAY, LLC

DOCSNY-271361v01