x:\tc\51581adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
WLODZIMIERZ BELKOWSKI AND TERESA
BELKWSKI,

        Plaintiffs,       NOTICE OF
                    ADOPTION

   -against-              07 CV 5339

100 CHURCH, LLC, 150 BROADWAY CORP., 150
BROADWAY N.Y. ASSOCS. L.P., 222 BROADWAY,
LLC, ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., ANN TAYLOR STORES
CORPORATION, AT&T WIRELESS SERVICES, INC.,
BAILEY N.Y. ASSOCIATES, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., CHASE MANHATTAN BANK
CORPORATION, CUNNINGHAM DUCT CLEANING
CO., INC., CUSHMAN & WAKEFIELD, INC.,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR AIR
PROFESSIONALS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION
SERVICES CO., LAW ENGINEERING P.C., MERRILL
LYNCH & CO, INC., MSDW 140 BROADWAY
PROPERTY L.L.C., NOMURA HOLDING AMERICA,

INC., NOMURA SECURITIES INTERNATIONAL, INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SWISS BANK CORPORATION, TOSCORP INC., TRC ENGINEERS, INC., WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D. CO., L.P., AND ZAR REALTY MANAGEMENT CORP. ET AL,

                    Defendants.
-------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
September 9, 2007

_____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600