KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
**IN RE COMBINED WORLD TRADE CENTER**            21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**
-------------------------------------------------------------------------x
**WLODZIMIERZ BELKOWSKI and TERESA**
**BELWSKI,**                                     DOCKET NO:
                                                 07 CV 5339
                    Plaintiffs,

    -against-

100 CHURCH, LLC, 150 BROADWAY CORP.,             NOTICE OF
150 BROADWAY NY ASSOCIATES L.P., 222             APPEARANCE
BROADWAY, LLC 50 TRINITY, LLC., 63 WALL
WALL STREET INC.,  63 WALL, INC., 88
GREENWICH LLC., ALAN KASMAN
DBA KASCO, AMBIENT GROUP, INC., ANN
TAYLOR STORES CORP., AT&T WIRELESS
SERVICES, INC., BAILEY N.Y., ASSOCIATES,
BANKERS TRUST COMPANY, BANKERS
TRUST CORP., BANERS TRUST NEW YORK
CORPORATION,  BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC., d/b/a BMS
CAT, BROADWAY WEST STREET ASSOCIATES
LIMITED PARTNERSHIP,  BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, L.P., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES HOLDINGS,
INC., BROWN BROTHERS HARIMAN & CO., INC., BT
PRIVAE CLIENTS CORP., CHASE MANHATTAN
BANK CORPORATION, CUNNINGHAM DUCT CLEANING CO.,
CUSHMAN & WAKEFIELD, INC., DEUTSCHE
BANK TRUST COMPANY, DEUTSCHE BANK

TRUST COMPANY, DEUTSCHE ANK
TRUST COMPANY, DEUTSCHE BANK
TRUST COMPANY AMERICAS, DEUTSCHE
BANK TRUST CORPORATION, ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HIGHLAND
DEVELOPMENT LLC, HILLMAN ENVIRONMENTAL
GROUP, LLC INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
JONES LANG LASALLE AMERICAS, INC.,
JONES LANG LASALLE SERVICES CO., KASKO
RESTORATION SERVICES CO., LAW
ENGINEERING, P.C., MERRILL LYNCH & CO.,
INC., MDSW 140 BROADWAY PROPERTY LLC
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC., STEEPLECHAE ACQUISTIONS LLC,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., SWISS BANK
CORPORATION, THE BANK OF NEW YORK
TRUST COMPANY, N.A, TISHMAN INTERIORS
CORPORATION, TOSCORP, INC., TRC ENGINEERS,
INC., TRINITY CENTRE, LLC, TULLY CONSTRUCTION
CO., TULLY INDUSTRIES, INC., WESTON
SOLUTIONS, INC., WFP TOWER B CO., G.P.,
CORP., WFP TOWER B HOLDING CO., L.P.,
WFP TOWER D CO.,G.P. CORP., WFP TOWER
D HOLDING CO., I L.P., WFP TOWER D
HOLDING CO., II L.P., WFP TOWER D
HOLDING I. G.P., CORP., WFP TOWER D CO.,
L.P., AND ZAR REALTY MANAGEMENT CORP.,

        **Defendants.**
------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

 Enter my appearance as counsel in this case for:

    **CUNNINGHAM DUCT WORK s/h/i/a**
    **CUNNINGHAM DUCT CLEANING CO., INC.**

 I certify that I am admitted to practice in this court.

Dated: New York, New York
January 24, 2008

                                               Kevin G. Horbatiuk
                                               Kevin G. Horbatiuk (KGH4977)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiffs
        **WLODZIMIERZ BELOWSKI and TERESA BELOWSKI**
        115 Broadway - 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 24th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**WLODZIMIERZ BELOWSKI and TERESA BELOWSKI**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G. Horbatiuk*
KEVIN G. HORBATIUK