KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER              21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x
WLODZIMIERZ BELKOWSKI and TERESA
BELWSKI,                                       DOCKET NO:
                                               07 CV 5339

                Plaintiffs,

  -against-

100 CHURCH, LLC, 150 BROADWAY CORP.,           NOTICE OF
150 BROADWAY NY ASSOCIATES L.P., 222           ADOPTION OF
BROADWAY, LLC 50 TRINITY, LLC., 63 WALL        ANSWER TO
WALL STREET INC., 63 WALL, INC., 88            MASTER COMPLAINT
GREENWICH LLC., ALAN KASMAN
DBA KASCO, AMBIENT GROUP, INC., ANN
TAYLOR STORES CORP., AT&T WIRELESS
SERVICES, INC., BAILEY N.Y., ASSOCIATES,
BANKERS TRUST COMPANY, BANKERS
TRUST CORP., BANERS TRUST NEW YORK
CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC., d/b/a BMS
CAT, BROADWAY WEST STREET ASSOCIATES
LIMITED PARTNERSHIP, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, L.P., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES HOLDINGS,
INC., BROWN BROTHERS HARIMAN & CO., INC., BT
PRIVAE CLIENTS CORP., CHASE MANHATTAN
BANK CORPORATION, CUNNINGHAM DUCT CLEANING CO.,
CUSHMAN & WAKEFIELD, INC., DEUTSCHE
BANK TRUST COMPANY, DEUTSCHE BANK

TRUST COMPANY, DEUTSCHE ANK
TRUST COMPANY, DEUTSCHE BANK
TRUST COMPANY AMERICAS, DEUTSCHE
BANK TRUST CORPORATION, ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HIGHLAND
DEVELOPMENT LLC, HILLMAN ENVIRONMENTAL
GROUP, LLC INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
JONES LANG LASALLE AMERICAS, INC.,
JONES LANG LASALLE SERVICES CO., KASKO
RESTORATION SERVICES CO., LAW
ENGINEERING, P.C., MERRILL LYNCH & CO.,
INC., MDSW 140 BROADWAY PROPERTY LLC
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC., STEEPLECHAE ACQUISTIONS LLC,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., SWISS BANK
CORPORATION, THE BANK OF NEW YORK
TRUST COMPANY, N.A, TISHMAN INTERIORS
CORPORATION, TOSCORP, INC., TRC ENGINEERS,
INC., TRINITY CENTRE, LLC, TULLY CONSTRUCTION
CO., TULLY INDUSTRIES, INC., WESTON
SOLUTIONS, INC., WFP TOWER B CO., G.P.,
CORP., WFP TOWER B HOLDING CO., L.P.,
WFP TOWER D CO.,G.P. CORP., WFP TOWER
D HOLDING CO., I L.P., WFP TOWER D
HOLDING CO., II L.P., WFP TOWER D
HOLDING I. G.P., CORP., WFP TOWER D CO.,
L.P.,  AND ZAR REALTY MANAGEMENT CORP.,

        **Defendants.**
..............................................................................x

  **PLEASE TAKE NOTICE**, that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP,  as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102

(AKH).

      **WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 24, 2008

                                                      <u>Kevin G. Horbatiuk</u>
                                                    Kevin G. Horbatiuk (KGH4977)
                                                    Attorneys for Defendant
                                                    **CUNNINGHAM DUCT WORK s/h/i/a**
                                                    **CUNNINGHAM DUCT CLEANING CO., INC.**
                                                    RUSSO, KEANE & TONER, LLP
                                                    26 Broadway, 28th Floor
                                                   New York, New York 10004
                                                   (212) 482-0001
                                                   RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
       WORBY GRONER EDELMAN & NAPOLI BERN, LLP
       Attorney for Plaintiffs
       **WLODZIMIERZ BELOWSKI and TERESA BELOWSKI**
       115 Broadway - 12th Floor
       New York, New York 10006
       (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 7th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**WLODZIMIERZ BELOWSKI and TERESA BELOWSKI**
115 Broadway 12th Floor
New York, New York 10006

_____
KEVIN G. HORBATIUK